IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 4:24-CR-00062 |
| | : |
| v. | : (Chief Judge Brann) |
| | : |
| JAY HOLLOWAY, | : (Electronically Filed) |
| Defendant | : |

# CERTIFICATE OF CONCURRENCE

I, GERALD A. LORD, of the Federal Public Defender's Office, certify that Assistant United States Attorney Tatum R. Wilson concurs in the foregoing Motion to Continue Jury Selection and Trial and to Extend the Time to File Pretrial Motions and Briefs.

Date:   April 5, 2024            <u>*s/Gerald A. Lord*</u>
                                 Gerald A. Lord, Esquire
                                 Assistant Federal Public Defender