IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 4:24-CR-00062 |
| | : |
| v. | : (Chief Judge Brann) |
| | : |
| JAY HOLLOWAY, | : (Electronically Filed) |
| Defendant | : |

**<u>ORDER</u>**

_____

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 12, 2024, Jay Holloway was charged in a 5 count Indictment with 2 counts of distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1); 2 counts of receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1); and in count 5 with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). On March 14, 2024, Jay Holloway appeared before United States Magistrate Judge William I. Arbuckle for an arraignment and pleaded not guilty. The Federal Public Defender's Office was appointed to represent Mr. Holloway.

By Order of March 22, 2024, this Honorable Court scheduled jury selection and trial for May 6, 2024, and set the deadline for filing pretrial motions and briefs to on or before March 29, 2024.

The defendant has filed a motion to continue jury selection and trial and extend the time to file pretrial motions and briefs.

The failure to grant a continuance would likely result in a miscarriage of justice.

The ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____

WHEREFORE, IT IS ORDERED THAT:

1. This case is continued to the _____ 2024, trial list.

2. The jury selection currently scheduled to commence on May 6, 2024 is continued until _____, 2024 at Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions and briefs is extended until June 27, 2024.

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge